Michael L. PACK, Plaintiff—Appellant,

v.

James R. BENJAMIN, Jr.,
Defendant—Appellee.

Michael L. Pack, Plaintiff—Appellant,

v.

Marsden, Botaris & Seledee,
Defendant—Appellee.

Michael L. Pack, Plaintiff—Appellant,

v.

Bank of America, Defendant—Appellee.

Nos. 07–1856, 07–1890, 07–1928.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 24, 2007.

Decided: Nov. 26, 2007.

Michael L. Pack, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael
L. Pack appeals district court orders sum-
marily dismissing his complaints. In No.
07–1856, Pack has filed an untimely notice
of appeal and we dismiss the appeal for
lack of jurisdiction. In Nos. 07–1890 and
07–1928, we dismiss the appeals as frivo-
lous.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

In No. 07–1856, the district court's order
was entered on the docket on March 28,
2007. The notice of appeal was filed on
August 30, 2007. Because Pack failed to
file a timely notice of appeal or to obtain
an extension or reopening of the appeal
period, we dismiss the appeal.

In Nos. 07–1890 and 07–1928, the dis-
trict court dismissed without prejudice
Pack's complaints for failing to state a
claim. We agree with the reasoning of the
district court and dismiss the appeals as
frivolous. *See Pack v. Marsden, Botaris
& Seledee*, No. 1:07–cv–02057–CCB (D.Md.
Sept. 6, 2007); *Pack v. Bank of America*,
No. 1:07–cv–02058–JFM (D.Md. Sept. 11,
2007).

Accordingly, we dismiss No. 07–1856 for
lack of jurisdiction and dismiss as frivolous
Nos. 07–1890 and 07–1928. We warn Pack
that if he continues to abuse the judicial
system by filing frivolous appeals, we will
consider enjoining Pack from filing any
other appeals without first getting leave
from the district court that the appeal is
not frivolous. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*DISMISSED.*